UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:   17-17062-JNP
                                                    Chapter:    vchChapter
Donny Gomez                                         Judge:      Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on August 8, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$121,000.00  407 Birch Street Vineland, NJ

Liens on property:

$121,000.00  Rushmore Loan Management

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:          Douglas S. Stanger

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17062-JNP
Donny Gomez                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jul 07, 2017
                              Form ID: pdf905          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
```
db              +Donny Gomez,    215 E Oakbourne Ave,    Galloway, NJ 08205-3911
516753972       +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
516753973       +Apex Asset Management,    P.O. Box 5407,    Lancaster, PA 17606-5407
516753974       +Apex Asset Management, LLC,    2501 Oregon Pike Ste. 102,    Lancaster, PA 17601-4890
516753976       +Atlantic Care Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
516753977        Atlantic Emergency Associates,    P.O. Box 88087,    Chicago, IL 60680-1087
516753978        Atlantic Radiologists Professional Assoc,    P.O. Box 1262,    Indianapolis, IN 46206-1262
516753979       +AtlanticCare Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
516753980       +Chase Bank,   C/O Nationwide Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
516914396       +Cumberland County Probation,    60 W. Broad St,    Bridgeton, N.J. 08302-2515
516753982       +Cumberland County Probation,    60 W. Broad St.,    Bridgeton, NJ 08302-2515
516753983       +Direct TV,    C/O IC System,    444 Highway 96 East,    P.O. Box 64378,
                  Saint Paul, MN 55164-0378
516914395        Janisse Conrow,    1678 Linden Blvd,    Vineland, N.J. 08361
516753984        Janisse Conrow,    1678 Linden Blvd,    Vineland, NJ 08361
516753985       +Jaritza Calderon,    514 Bridgeton Pike,    Mullica Hill, NJ 08062-3705
516914394       +Jaritza Calderon,    514 Bridgeton Pk,    Mullica Hill, N.J. 08062-3705
516753987       +Megan Eagland,    1153 High St,    Crozet, VA 22932-3114
516753988       +Meriick Bank,    P.O. Box 660702,    Dallas, TX 75266-0702
516753989        Midland Funding,    C/O Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516753990        Ocwen Loan Servicing, LLC,    P.O. Box 24781,    West Palm Beach, FL 33416-4781
516753994       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
516753991       +Patient Financial Services,    30 Washington Ave.,    Suite C-6,    Haddonfield, NJ 08033-3341
516753992       +Pluese, Becker & Saltman , LLC,    2000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4303
516753996       +Ralph f Casale and ASSC. llc,    290 Route 46 West,    Denville, NJ 07834-1239
516753997       +Rickart Collection Systems, Inc.,    Atlantic Medical Imaging,    P.O. Box 7242,
                  North Brunswick, NJ 08902-7242
516753998       +Robert J. Malloy, Esquire,    26 South Maple Avenue,    suite 206-208,    Marlton, NJ 08053-2002
516753999       +Rushmore Loan Management,    P.O. Box 52708,    Irvine, CA 92619-2708
516754002      ++++SOUTH JERSEY FED CREDIT UNION,    C/O ANDREW B ALTENBURG ESQ.,    651 ROUTE 73 N STE 208,
                  MARLTON NJ    08053-3447
                 (address filed with court:   South Jersey Fed Credit Union,    C/O Andrew B Altenburg Esq.,
                  12000 Lincoln Drive W STE 208,    Marlton, NJ 08053)
516754000       +Snap On Credit,    2801 80th St.,    Kenosha, WI 53143-5699
516754001       +South jersey Fed Credit Union,    C/O Robert Malloy Esq.,    26 South Maple Ave. Suite 206-208,
                  Marlton, NJ 08053-2002
516754003       +Vineland  Municipal Utilities,    640 E wood Street,    P O Box 1508,    Vineland, NJ 08362-1508
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 08 2017 00:07:52     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 08 2017 00:07:47      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcy@southjerseyfcu.com Jul 08 2017 00:07:50
                  South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                  Deptford, NJ 08096-0530
516753981       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 08 2017 00:00:03      Credit One Bank,
                  585 Pilot Road,    Las Vegas, NV 89119-3619
516753986       +E-mail/Text: ebnsterling@weltman.com Jul 08 2017 00:07:38      Kay Jewlers,    P.O. Box 740425,
                  Cincinnati, OH 45274-0425
516753993       +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 08 2017 00:07:02      PNC Bank,
                  C/O Alliance One,    4850 Street Dr. Suite 300,    Feasterville Trevose, PA 19053-6643
516753995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2017 00:05:41
                  Portfolio Recovery Associates,    120 Corporate Blvd,    Ste. 100,    Norfolk, VA 23502
516755256       +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:59:49      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516920669        SouthJerseyFederalCreditUnion PO Box5530 Deptford
516753975*      +Apex Asset Management, LLC,    2501 Oregon Pike Ste. 102,    Lancaster, PA 17601-4890
                                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Jul 07, 2017
                               Form ID: pdf905            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
              Thomas E. Dowey    on behalf of Debtor Donny  Gomez tdesquire@hotmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```